# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE ALBERS,<br><br>          Plaintiff,<br><br>   v.<br><br>PAUL REVERE INSURANCE COMPANY, and others,<br><br>          Defendants. | Case NO: 5:20-cv-08674 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>**Dkt. No. 96** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court is directed to administratively close this case. Any party may move to reopen the case, provided that such motion is filed within 45 days. All scheduled dates are VACATED.

The Court retains jurisdiction over this case for 45 days. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

**IT IS SO ORDERED.**

Dated: February 21, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge